**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

BENJAMIN MATTERN,

        Plaintiff(s),

v.

THE RECEIVABLE MANAGEMENT
SERVICES CORPORATION,

        Defendant(s).

ORDER
09-CV-6245CJS

---

Pursuant to the order of the Hon. Charles J. Siragusa referring the above case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. Rule 16(b) and Local Rule 16.1(a), and a conference having been held on **August 5, 2009** with counsel relative to the matter, it is ORDERED that:

1. Plaintiff's motion to amend shall be filed on or before August 31, 2009.

2. Defendant's response papers shall be filed on or before September 21, 2009.

3. Plaintiff's reply, if necessary, shall be filed on or before September 28, 2009.

4. Oral argument shall be heard by the Court on October 15, 2009 at 10:00 a.m..

SO ORDERED.

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated: August 6, 2009
Rochester, New York