IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BENJAMIN MATTERN,

                Plaintiff,

v.

THE RECEIVABLE MANAGEMENT
SERVICES CORPORATION.

                Defendant.

**STIPULATION OF DISMISSAL**

Civ Action No. 09 CV 6245

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all claims be, and the same hereby are, discontinued as against defendant, in their entirety, on the merits and with prejudice..

Dated: Buffalo, New York
       October 3, 2009

**LEMBERG & ASSOCIATES, LLC**

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
Attorneys for Plaintiff
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
slemberg@lemberglaw.com

**DAMON & MOREY LLP**

/s/ Hedwig M. Auletta
Hedwig M. Auletta, Esq.
Attorneys for Defendant
The Avant Building – Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 856-5500
hauletta@damonmorey.com

**SO ORDERED:**

_____
Hon. Jonathan W. Feldman, U.S.D.J.

## **CERTIFICATE OF SERVICE AND FILING**

      I hereby certify that on October 9, 2009, I electronically filed the Stipulation of Dismissal with the Clerk of the District Court using the CM/ECF system, who sent notification of such filing to the following:

        Sergei Lemberg, Esq.
        1100 Summer Street, 3rd Floor
        Stamford, CT  06905
        slemberg@lemberglaw.com

        /s/ Hedwig M. Auletta
        Hedwig M. Auletta , Esq.
        Damon  Morey LLP
        Attorneys for Defendant
        The Avant Building – Suite 1200
        200 Delaware Avenue
        Buffalo, New York  14202
        (716) 856-5500
        hauletta@damonmorey.com