IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BENJAMIN MATTERN,

            Plaintiff,

v.

THE RECEIVABLE MANAGEMENT
SERVICES CORPORATION.

            Defendant.

**STIPULATION OF DISMISSAL**

Civ Action No. 09 CV 6245

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that all claims hereby are discontinued as against defendant, in their entirety, on the merits and with prejudice. All counter-claims hereby are discontinued as against the plaintiff without prejudice.

Dated: Buffalo, New York
       November 23, 2009

LEMBERG & ASSOCIATES, LLC

Sergei Lemberg, Esq.
Attorneys for Plaintiff
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
slemberg@lemberglaw.com

DAMON & MOREY LLP

Hedwig M. Auletta, Esq.
Attorneys for Defendant
The Avant Building – Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 856-5500
hauletta@damonmorey.com